# United States Court of Appeals
## For the First Circuit

_____

No. 19-2204

UNITED STATES,

Appellee,

v.

EMILIANO EMMANUEL FLORES-GONZALEZ,

Defendant - Appellant.
_____

Before

Barron, <u>Chief Judge</u>,
Kayatta, Gelpí, Montecalvo, and Rikelman. <u>Circuit Judges</u>.
_____

**ORDER OF COURT**

Entered: December 6, 2023

    The petition for rehearing en banc having been submitted to the active judges of this court and a majority of the judges not having voted that the case be heard en banc, it is ordered that the petition for rehearing en banc be denied.

By the Court:

Maria R. Hamilton, Clerk

cc:  Hon. Francisco A. Besosa, Ada Garcia-Rivera, Clerk, United States District Court for the District of Puerto Rico, Mariana E. Bauza Almonte, Jeanette M. Collazo-Ortiz, John M. Pellettieri, Jenny C. Ellickson, Gregory Bennett Conner, Vivianne Marie Marrero-Torres, Hector Luis Ramos-Vega, Alejandra Ysabel Bird Lopez, Liza Lorraine Rosado-Rodriguez, Vivian I Torralbas-Halais, Franco L. Perez-Redondo, Ivan Santos-Castaldo, Kevin Lerman, Fermin L. Arraiza-Navas, Devi Rao, Emma Andersson, Linda A. Backiel, Judith H. Mizner, Janai Nelson, Christopher Eberhart Kemmitt, Samuel Spital, Ashok Chandran, Catherine Logue, Adam Murphy, Emiliano Emmanuel Flores-González