**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 22, 2024

Clerk
United States Court of Appeals for the First
Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

Re: Emiliano Emmanuel Flores-González
  v. United States
  Application No. 23A767
  (Your No. 19-2204)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Jackson, who on February 22, 2024, extended the time to and including April 4, 2024.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by
Angela Jimenez
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Kevin Edward Lerman
Federal Public Defender, District of Puerto Rico
241 F.D. Roosevelt Ave
San Juan, PR 00918

Mrs. Elizabeth B. Prelogar
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

OFFICE OF THE CLERK
**SUPREME COURT OF THE UNITED STATES**
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



FIRST-CLASS MAIL
02/23/2024
US POSTAGE $000.64
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601



USMS OPENED

022103025 C079